**Not for Publication**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BENNIE N. HUNT, JR.,

*Plaintiff*,

v.

CENTER FOR DISEASES CONTROL,
HEALTH DEPARTMENTS WORLDWIDE
(Every City & Every State), DOCTORS &
HOSPITALS (Every City & Every State),
WORLD HEALTH ORGANIZATIONS,

*Defendants*.

Civil Action No. 21-13558 (JMV)
(AME)

**OPINION & ORDER**

**John Michael Vazquez, U.S.D.J.**

  Plaintiff Bennie N. Hunt, Jr., seeks to bring this action against the Centers for Diseases (sic) Control ("C.D.C."), health departments worldwide, every doctor and hospital in the United States, and World Health Organizations[1] *in forma pauperis* pursuant to 28 U.S.C. § 1915. For the reasons discussed below, the Court **DENIES** Plaintiff's application to proceed *in forma pauperis*.

  Under § 1915, this Court may excuse a litigant from prepayment of fees when the litigant "establish[es] that he is unable to pay the costs of his suit." *Walker v. People Express Airlines, Inc.*, 886 F.2d 598, 601 (3d Cir. 1989). Comparing Plaintiff's reported monthly income to his reported monthly expenses in his Application to Proceed In Forma Pauperis, D.E. 1-1 ("I.F.P. App.") at 2, 5, it appears that Plaintiff has several hundred dollars in discretionary income per month. Further, while he does not disclose how much cash he has on hand, *see id.* at 4, he does

---

[1] It appears that Plaintiff seeks to sue the World Health Organization. *See* D.E. 1 at 9.

1

disclose two bank accounts with non-negligible amounts therein. *Id.* As a result, Plaintiff has not "establish[ed] that he is unable to pay the costs of his suit." *Walker*, 886 F.2d at 601.

Accordingly, and for good cause shown,

IT IS on this 12th day of October, 2021

**ORDERED** that Plaintiff's application to proceed *in forma pauperis*, I.F.P. App., is **DENIED**; and it is further

**ORDERED** that the Clerk shall serve this Opinion and Order upon Plaintiff by regular mail and by certified mail return receipt.

_____
John Michael Vazquez, U.S.D.J.